AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## NOMINATION FILING

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Bissoon, Cathy | 2. Court or Organization<br><br>US District Court for the Western District of Pa. | 3. Date of Report<br><br>1/5/2011 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge | 5a. Report Type (check appropriate type)<br><br>☑ Nomination,     Date 01/05/2011<br>☐ Initial    ☐ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>1/1/2010<br>to<br>12/31/2010 |
|---|---|---|

| 7. Chambers or Office Address<br><br>US Courthouse & Post Office<br>700 Grant Street<br>Pittsburgh, PA 15219 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Pittsburgh Zoo & PPG Aquarium |
| 2. | Director | Mt. Lebanon Teen Center |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2010 | Medrad, Inc. -- Wages |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. Exempt | Exempt | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 1/5/2011 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Exempt | Exempt | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. First Niagara (form. National City Bank) (Savings/CD) | D | Interest | L | T | | | | | |
| 2. Allegent Community Federal Credit Union (Savings/CD) | A | Interest | J | T | | | | | |
| 3. Fidelity Bank (Savings/CD) | A | Interest | L | T | | | | | |
| 4. IRA #1 | | | | | | | | | |
| 5. - Baron Growth Fund | D | Dividend | K | T | | | | | |
| 6. - CitiBank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 7. - American Century International Bond | | None | J | T | | | | | |
| 8. - Dreyfus Emerging Mkts Fund Class A | E | Dividend | L | T | | | | | |
| 9. - Eaton Vance Large Cap Value Fund Class A | E | Dividend | L | T | | | | | |
| 10. - Janus Forty Fund (form. Janus Adviser Forty Fund) Class S | D | Dividend | L | T | | | | | |
| 11. - Pimco Total Return Fund Class D | D | Dividend | L | T | | | | | |
| 12. - Royce Premier Fund | E | Dividend | J | T | | | | | |
| 13. - Western Asset Gov't Money Market | B | Dividend | J | T | | | | | |
| 14. - Thornburg Int'l Value Fund Class A | B | Dividend | K | T | | | | | |
| 15. Brokerage Account #1 | | | | | | | | | |
| 16. - Capital World Growth and Income Fund Class A | A | Dividend | J | T | | | | | |
| 17. - Growth Fund America Class A | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Bissoon, Cathy | 1/5/2011 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - New Perspective Fund Class A | A | Dividend | K | T | | | | | |
| 19. - Washington Mutual Investors Fund Class A | A | Dividend | K | T | | | | | |
| 20. - CitiBank NA Bank Deposit Program | A | Interest | J | T | | | | | |
| 21. Ally Bank (Savings) | A | Interest | J | T | | | | | |
| 22. The Walt Disney Company | A | Dividend | J | T | | | | | |
| 23. Pet Ecology Brands (Common) | | None | J | T | | | | | |
| 24. HSBC (Savings) | A | Interest | | | Exempt | | | | |
| 25. Biomass Secure Power (form. Virtual Media Holdings) (common) | | None | J | T | | | | | |
| 26. College Inv. Dir. Portfolio Coll. Sav. Plan Moderate | D | Int./Div. | L | T | | | | | |
| 27. College Inv. Dir. Portfolio Coll. Sav. Plan Moderate | D | Int./Div. | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report)*

**In Section VII, when the abbreviation "form." is used, it is to mean "formerly known as" or "formerly."

**In Section VII, entry 13, "Western Asset Government Money Market" is formerly known as "Western Asset Government Money Market Exchange."

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# FINANCIAL STATEMENT

## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | | | LIABILITIES | | | |
|---|---|---|---|---|---|---|---|
| Cash on hand and in banks | | 922 | 537 | Notes payable to banks-secured | | | |
| U.S. Government securities–Series EE bonds | | 3 | 200 | Notes payable to banks-unsecured | | | |
| Listed securities – see schedule | | 577 | 339 | Notes payable to relatives | | | |
| Unlisted securities – see schedule | | | 59 | Notes payable to others | | | |
| Accounts and notes receivable: | | | | Accounts and bills due | | | |
| Due from relatives and friends | | | | Unpaid income tax | | | |
| Due from others | | | | Other unpaid income and interest | | | |
| Doubtful | | | | Real estate mortgages payable – see schedule | | 188 | 712 |
| Real estate owned – see schedule | | 600 | 000 | Chattel mortgages and other liens payable | | | |
| Real estate mortgages receivable | | | | Other debts-itemize: | | | |
| Autos and other personal property | | 34 | 725 | | | | |
| Cash value-life insurance | | 72 | 965 | | | | |
| Other assets itemize: | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | Total liabilities | | 188 | 712 |
| | | | | Net Worth | 2 | 022 | 113 |
| Total Assets | 2 | 210 | 825 | Total liabilities and net worth | 2 | 210 | 825 |
| CONTINGENT LIABILITIES | | | | GENERAL INFORMATION | | | |
| As endorser, comaker or guarantor on leases or contracts | | | | Are any assets pledged? (Add schedule) | NO | | |
| Legal Claims | | | | Are you defendant in any suits or legal actions? | NO | | |
| Provision for Federal Income Tax | | | | Have you ever taken bankruptcy? | NO | | |
| Other special debt | | | | | | | |